ARMAND BAESSLER, Appellant, v. ELBERT J. SCHENCK and MOSES R. SCHENCK, Respondents.— Order in so far as appealed from affirmed, with

ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.